IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FORREST G. KRAMER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| WEBCRAFT TECHNOLOGIES, INC. | : | NO. 02-cv-4355 |

**O R D E R**

AND NOW, this    day of August, 2000, upon review of the record, the Court notes that service of the Complaint was made by personal service on July 12, 2002. The Court further notes that a pleading has not been filed in the above captioned action in response to the Complaint. You may file a request with the Clerk for entry of default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

If a Request for Default is not filed by September 10, 2002, the court may enter an order dismissing the case against the above named defendant(s) for lack of prosecution.

**IT IS SO ORDERED.**

BY THE COURT:

_____
R. Barclay Surrick, Judge